IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 15-cv-01245-MSK-KLM

LAWRENCE EUGENE BEEMAN,

        Plaintiff,

v.

THE CITY AND COUNTY OF DENVER, a Colorado municipal corporation,
OFFICER BRIAN SNOW, in his individual and official capacities,
OFFICER JOHN DOE, in his individual and official capacities,
SERGEANT BLAIR, Denver Police Department, Internal Affairs Bureau, in his individual and official capacities, and
COMMANDER RON THOMAS, Denver Police Department, Internal Affairs Bureau, in his individual and official capacities,

        Defendants.

---

## FINAL JUDGMENT

---

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a) the following Final Judgment is hereby entered.

Pursuant to the Electronic Text Order by Chief Judge Marcia S. Krieger (**Doc. #31**) filed on April 4, 2016, adopting the recommendation issued by the Magistrate Judge (**Doc. #29**) and DENYING as moot the Motions to Dismiss (**Doc. #7, #13**), it is

ORDERED that:

The Recommendation of Magistrate Judge Mix (**Doc. #29**) is **ADOPTED** in accordance with (**Doc. #31**).

The case is DISMISSED with prejudice and will be closed.

Dated this 5th day April, 2016.

                                        ENTERED FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/Patricia Glover
  Deputy Clerk